Evelyn Crawford

109 Madison Avenue

Midland Park, NJ 07432

July 26, 2011



Clerk of Court

Federal Building & United States Courthouse

228 Walnut Street

Harrisburg, PA 17108-0983

**Re: Benjamin v. Dept. of Pub. Welfare, No. 1:09-cv-1182-JEJ**

Dear Judge Jones,

I am the sister-in-law of Edith Crawford, who has been a resident of White Haven Center for nearly 40 years. My husband Robert, Edith's brother, passed away four years ago. All Edith's siblings are deceased. I am writing to oppose DRN's class action suit, placement of Edith on a "Planning List" as well as transfer of Edith into the community. Such a move would be cruel to her (and others) who reside at White Haven Center.

Edith suffered brain damage from pneumonia, convulsions and high fever at age 3. She has epilepsy and has been diagnosed with severe depression. She was one of seven children whose father died when she was very young; her mother home-schooled Edith and cared for her at home until she no longer could. Edith entered a residential program when she was 18.

Edith is quick-witted and intelligent in so many ways and understands what might be happening and does not want to leave her home. However, she and others at the center certainly cannot be deemed competent to make decisions about their own care. We have been very pleased with the excellent care Edith receives at White Haven, and can tell just by the interactions among staff and the residents that the caregivers genuinely care about her. White Haven is a true community, as anyone can see when they attend events at the center.

The Settlement Agreement raises more questions than it provides answers. Why a class action suit? If DRN is doing its job, then shouldn't they be helping people find resources they want, if they want them in the community or a state center? It seems they are making decisions for residents who cannot make these decisions on their own. Do they have something to gain by doing this? I, and my son Robert, are voicing our opposition now, but if something were to happen to us, our opposition would be purged from