## CERTIFICATE OF FILING AND SERVICE

I, Elissa Matias, hereby certify pursuant to Fed. R. App. P. 25(d) that, on December 19, 2011 the foregoing Joint Appendix Volume II - IV was filed through the CM/ECF system and served electronically on the individual listed below:

Robert W. Meek, Esq.
Disability Rights Network of Pennsylvania
1315 Walnut Street, Suite 500
Philadelphia, PA 19107
*Attorneys for Plaintiff-Appellees*

Doris M. Leisch, Esq.
Office of General Counsel
Pennsylvania Department of Public Welfare
Third Floor West, Health & Welfare Building
Harrisburg, PA 17120
*Attorneys for Defendants*


Elissa Matias